# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Dallas Division*

John Anthony Castro
Plaintiff

v.                                                          3:18-cv-00573-N
                                                            Civil Action No.

Roy Andrew Berg, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

John Anthony Castro

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

John Anthony Castro
Castro & Co., LLC

Roy Andrew Berg
Alexander F. Marino
Moodys Gartner Tax Law, LLP

| | |
|---|---|
| Date: | 3/22/2018 |
| Signature: | *Josh Milam* |
| Print Name: | Joshua S. Milam |
| Bar Number: | 24102203 |
| Address: | 13155 Noel Rd., Ste. 900 |
| City, State, Zip: | Dallas, TX 75240 |
| Telephone: | (214) 998-9607 |
| Fax: | (866) 700-7595 |
| E-Mail: | j.milam@castroandco.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons