IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO, and | § | |
| CASTRO & CO., LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 3:18-cv-00573-N |
| | § | |
| ROY ANDREW BERG, | § | |
| ALEXANDER FAIRFAX MARINO, | § | |
| & MOODYS GARTNER TAX LAW, LLP, | § | |
| | § | |
| Defendants. | § | |

### APPENDIX TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND BRIEF IN SUPPORT

| Exhibit | Document | App. No. |
|---|---|---|
| 1 | Declaration of Roy Andrew Berg in Support of Defendants' Motion to Dismiss | App. 1 – 2 |
| 2 | Declaration of Alexander Fairfax Marino in Support of Defendants' Motion to Dismiss | App. 3 |
| 3 | July 18, 2016 Florida Bar Association Letter to Plaintiff | App. 4-5 |
| 4 | October 21, 2016 Florida Bar Association Letter to Internal Revenue Service | App. 6-17 |

Respectfully submitted,

By:  */s/ Andrew T. Turner*
Andrew T. Turner
Texas Bar No. 24008968
andrew.turner@ogletreedeakins.com
Theanna Sedlock
Texas Bar No. 24089243
theanna.sedlock@ogletreedeakins.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas  75225
Telephone:  214.987.3800
Facsimile:  214.987.3927

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to all counsel of record.

  */s/ Andrew T. Turner*
Andrew T. Turner

35242202.1