**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JOHN ANTHONY CASTRO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 3:18-cv-00573-G** |
| | § | |
| **ROY ANDREW BERG,** | § | |
| **ALEXANDER FAIRFAX MARINO,** | § | |
| **& MOODYS GARTNER TAX LAW,** | § | |
| **LLP,** | § | |
| | § | |
| **Defendants.** | § | |

---

**DECLARATION OF ALEXANDER FAIRFAX MARINO
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

---

1.  My name is Alexander Fairfax Marino.  I am over the age of 21 years, am fully competent to make the statements contained in this Declaration, and have personal knowledge of the facts contained herein.

2.  I am currently employed as a tax lawyer for Moodys Gartner Tax Law, LLP ("**Moodys**"), a defendant in the above-captioned case.

3.  I am a resident of Calgary, Alberta, Canada, and have been a Canadian resident since July 2012.  Other than occasionally stopping at Texas airports to catch connecting flights, I last visited Texas when I was two (2) years old.

4.  I do not transact business in Texas or supply goods or services in Texas.

5.  I do not own, use, or possess any real property in Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June __13__, 2018.

_____
Alexander Fairfax Marino

App. 3