

# The Florida Bar

**444 Brickell Avenue**
**Rivergate Plaza, Suite M-100**
**Miami, Florida 33131-2404**

John F. Harkness, Jr.
Executive Director

**(305) 377-4445**
**www.FLORIDABAR.org**

October 21, 2016

Internal Revenue Service
Office of Professional Responsibility
SE: OPR – Room 7238/IR
1111 Constitution Avenue NW
Washington, DC 20224

Re:     Unlicensed Practice of Law Investigation of John Anthony Castro
Case No. 20164016(9A)

TO WHOM IT MAY CONCERN:

I am Bar Counsel with the Unlicensed Practice of Law Department of The Florida Bar in Orlando. Two (2) individuals have filed complaints against John Anthony Castro based on tax work that he performed for them. During the course of the investigation, I learned that Mr. Castro holds himself out as a tax attorney with two (2) virtual offices in Florida, but he apparently lives in the DC/Virginia area. He told my colleague in the Miami branch of The Florida Bar that he attended law school, but he is not a member of a Bar in any U.S. jurisdiction or territory; however, he believes that his attendance permits him to identify as an attorney. I have enclosed a copy of his website for your reference.

My colleague advised Mr. Castro that his belief was erroneous and requested a written response to the complaint.

By letter dated July 18, 2016, I explained to Mr. Castro that he cannot hold himself out as an attorney simply because he attended law school. I encouraged Mr. Castro to make the necessary changes to his website and any other forms of advertisement. I have enclosed a copy for your information. I also asked for a written response to the complaints.

I did confirm that Mr. Castro is an enrolled agent with the Internal Revenue Service. I do not

Internal Revenue Service
Office of Professional Responsibility
Page 2
October 21, 2016

know if his website and any other business advertisements may be considered a violation of any
standards from Circular 230, as set forth by the Office of Professional Responsibility.
Specifically, his use of false information in his solicitation to reflect that he is an attorney. I am
sending this information to you for whatever action that you deem appropriate.

Sincerely,

*Ghunise L. Coaxum*

Ghunise L. Coaxum
Bar Counsel
UPL Department, Orlando

GLC/ct



## CASTRO & CO.
### INTERNATIONAL TAX ATTORNEYS

## 888.595.5088

Home    Our Profile    Tax Services    Blog    Careers    Contact Us    f    

Call Today          Email Us          Our Map          Menu

### Contact us today at (888) 595-5088!

At **Castro & Co.,** we are proud to offer individuals, business owners, and members of trust the undivided and personalized attention they need in order to successfully handle their international tax law matters. We understand how daunting your **international tax law** matter may seem and will do everything in our power to efficiently and effectively resolve your unique situation. We have offices in Washington DC, Miami, Dallas, and Orlando, but we represent clients all over the world.

The moment you enter our doors or get in touch with our legal professionals, we will work tirelessly to help you obtain a sense of ease during this difficult time. In order to do so, we will review your legal matter, inform you of your rights and legal options, and guide you down a path best suited to fit your needs. Additionally, we will fully educate you about the laws concerning your case so you can **make informed decisions** every step of the way. Do not face the complexities of the legal system without our supportive assistance and personalized legal solutions.

### Get The Legal Guidance You Need. Schedule Your Free Consultation Today

11/4/2015                    International Tax Attorneys in Miami & Washington D.C. | Castro & Co.

**Our Profile**            **Careers**            **Contact Us**

## As Featured In

# Committed. Experienced. Successful.
## Learn Why We Are the Right Choice

Whether you are a U.S. individual or corporation with investments or business operations overseas or a non-U.S. individual or company with investments or business operations in the U.S., it is imperative that you have a complete understanding of international tax laws. These could have a serious impact on your finances and business. Protect yourself by securing the immediate representation of Castro & Co. With our extensive experience and track record of success, you can be confident in our ability to handle your legal matter next.

**Do Not Hesitate To Get In Touch With Us Today. We Will Review Your Case For Free!**

## Reasons You Should Choose Our Firm

✓ Free consultations

✓ Experienced & successful

✓ Sophisticated international tax planning

✓ High quality, results-oriented billing practices

✓ Featured in Tax Analysts, Forbes, CNN Money, Business Journal, NBC News, ABC,

11/4/2015

International Tax Attorneys in Miami & Washington D.C. | Castro & Co.

and CBS News

# Castro & Co. Blog
## Learn More About Our Firm

| Sep 21, 2015 | Sep 14, 2015 | Jul 30, 2015 |
|---|---|---|
| **Streamlined Compliance Without an SSN** | **Rothschild AG Enters into an Agreement to Comply with U.S. Regulations on Assets in Overseas Banks** | **The Top 5 Myths About Relinquishing Your U.S. Citizenship** |

**Review Our Blog Posts Here**

# We Prioritize Client Satisfaction
## Read What Past Clients Have Said

*"We have heard nothing but good things from our members regarding the services provided by Castro & Co. Whenever international tax planning with U.S. implications are at play, Castro & Co. can certainly deliver."*

11/4/2015

International Tax Attorneys in Miami & Washington D.C. | Castro & Co.

## - North American Society of Tax Advisors

### Review Client Testimonials Here

## Meet The Managing Partner
## John Anthony Castro, J.D., LL.M.

The hallmark of Castro & Co.'s success has always been and will continue to be sophisticated international tax planning that is of the highest possible quality. In addition to being committed to providing results-oriented international tax planning services, our attorneys will do everything possible in order to resolve your case with the utmost loyalty. We prioritize long-term relationships ahead of short-term profits. As such, we have been able to build long-lasting relationships with our clients. Receive the personalized solutions that you deserve today.

### Learn More About Our Firm

### Individualized Tax Services
### Tax Planning For Individuals

11/4/2015                    International Tax Attorneys in Miami & Washington D.C. | Castro & Co.

**Company Tax Planning Services**
**Tax Planning For Companies**

**Effective Tax Counsel**
**Why You Need A Tax Attorney**

# Contact Castro & Co. Today
## Schedule Your Free Case Evaluation

NAME

EMAIL

PHONE

11/4/2015                    International Tax Attorneys in Miami & Washington D.C. | Castro & Co.

## TELL US ABOUT YOUR CASE

### Send My Information



# CASTRO & CO.
### INTERNATIONAL TAX ATTORNEYS

## Call Today! (888) 595-5088

Castro & Co. - Miami & Washington DC International Tax Lawyers
Toll-Free (888) 595-5088
Website: http://www.castroandco.com/
© 2015 All Rights Reserved.

**The Bethesda Office Building**
1701 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006

**The Bank of America Tower**
701 Brickell Avenue, Suite 1550
Miami, FL 33131

**The North Galleria Tower**
13155 Noel Road, Suite 900
Dallas, TX 75240

**The North Plaza Tower**
121 South Orange Avenue, Suite 1500,
Orlando, FL 32801

App. 13

11/4/2015                                      International Tax Attorneys In Miami & Washington D.C. | Castro & Co.

The information on this website is for general information purposes only. Nothing on this
site should be taken as legal advice for any individual case or situation. This information is
not intended to create, and receipt or viewing does not constitute, an attorney-client
relationship.



App. 14



# The Florida Bar

**The Gateway Center**
**1000 Legion Place, Suite 1625**
**Orlando, Florida 32801-1050**

John F. Harkness, Jr.
Executive Director

(407) 425-0473
www.FLORIDABAR.org

July 18, 2016

Mr. John Anthony Castro
2157 Cypress Villas Drive
Orlando, FL 32825

Re:     Unlicensed Practice of Law Investigation of John Anthony Castro
        Case No. 20163058(9A)

Dear Mr. Castro:

I am Bar Counsel with the Unlicensed Practice of Law Department of The Florida Bar in Orlando. My colleague in the Miami branch forwarded to me the unlicensed practice of law investigation of your conduct based on a complaint from Roy Berg.

You have been previously afforded the opportunity to provide a written response to the complaint. You have failed to do so. During a telephone conversation on March 3, 2016, you advised Miami Bar Counsel Jacquelyn Needelman that you are not a licensed attorney in any jurisdiction; however, you believe that you are authorized to practice before the Internal Revenue Service and can hold yourself out as an attorney since you graduated from law school

As Ms. Needelman advised you, the Supreme Court or Florida has ruled that it is the unlicensed practice of law for a nonlawyer to hold out as being an attorney without being a member of The Florida Bar. Using J.D., or a title indicating that you are a lawyer to give the impression that you are a licensed attorney, is improper. *See, The Florida Bar v. Martin,* 432 So.2d 54 (Fla. 1983); *The Florida Bar v. Catarcio,* 709 So.2d 96 (Fla. 1998); *The Florida Bar v. Davide,* 702 So.2d 184 (Fla. 1997); *The Florida Bar v. Miravalle,* 761 So.2d 1049 (Fla. 2000); and *The Florida Bar v. Leslie,* 664 So.2d 961, 21 (Fla. 1995). Since you are a law school graduate, I would encourage you to read the case law and conduct further research about your business practices.

Being a law school graduate does not authorize you to hold yourself out as an attorney. Accordingly, you must cease and desist from identifying yourself on any advertisements such as your website, letterhead, business cards, etc. as an attorney with an office in Florida. You told Ms. Needelman that your tax business does not require you to be an attorney; therefore, there is no need for you to identify yourself as such.

Please forward a written response within ten (10) days of the receipt of this correspondence and the complaint. You should remove any reference to being an attorney from your advertisements such as letterheads, websites, business cards, etc. Please enclose copies of same.

I look forward to hearing from you within the allotted time as that will assist me with determining how to process this investigation.

I have enclosed copies of the relevant case law and the complaint for your reference.

Sincerely,

*Ghunise L. Coaxum*

Ghunise L. Coaxum
Bar Counsel
UPL Department, Orlando

GLC/ct
Enclosures

## NOTICE TO RESPONDENT

Pursuant to Rule 10-8.1 of the Rules Governing the Investigation and Prosecution of the Unlicensed Practice of Law, any response by you in these proceedings shall become a part of the UPL record in this matter and, thereby, becomes accessible to the public upon closure of the case. Disclosure during the pendency of an investigation may be made in response to specific inquiry only as to the existence of a pending investigation and the status of the investigation.

**Thompson, Carolyn**

| | |
|---|---|
| **From:** | Concord Fax <ctnotify@concord.net> |
| **Sent:** | Friday, January 20, 2017 1:10 PM |
| **To:** | Thompson, Carolyn |
| **Subject:** | SUCCESS: Your 12 page fax has been successfully delivered to +12023176338. |



# Success

Your 12 page fax has been successfully delivered to +12023176338 on 01-20-2017 1:07 PM.

| | |
|---|---|
| Tracking Number: | 706-2169054 |
| Fax Number: | +12023176338 |
| Recipient: | 12023176338 |
| Subject: | John Anthony Castro, UPL #20164016(9A) |
| Time Delivered: | 01-20-2017 1:07 PM |
| Pages Delivered: | 12 |

You can check the status of your faxes and review your account activity by logging in at https://accounts.concordfax.com

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •




Documentation




Product Information



User Dashboard (AAC)



Video Tutorials

CONCORD*Fax*

*This is a system generated message, please do not reply.

Please note: Florida has very broad public records laws. Many written communications to or from The Florida Bar regarding Bar business may be considered public records, which must be made available to anyone upon request. Your e-mail communications may therefore be subject to public disclosure.

1

App. 17