IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO, and<br>CASTRO & CO., LLC, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | Case No. 3:18-cv-00573-N |
| ROY ANDREW BERG,<br>ALEXANDER FAIRFAX MARINO,<br>& MOODYS GARTNER TAX LAW, LLP, | §<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Please take notice that Laura Elizabeth Grubb of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby enters her appearance as co-counsel of record on behalf of Defendants Roy Andrew Berg, Alexander Fairfax Marino, and Moodys Gartner Tax Law, LLP. Ms. Grubb is admitted to practice in Texas, and is registered to file documents electronically.

          Respectfully submitted,

          /s/ *Laura Elizabeth Grubb*
          Andrew T. Turner
          Texas Bar No. 24008968
          andrew.turner@ogletreedeakins.com
          Laura Elizabeth Grubb
          Texas Bar No. 24097774
          laura.sandman@ogletreedeakins.com
          OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.
          Preston Commons West
          8117 Preston Road, Suite 500
          Dallas, TX  75225
          214.987.3800 (phone)
          214.987.3927 (fax)

          **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2018, a true and correct copy of the above and foregoing instrument was filed with the Clerk of Court, using the CM/ECF system that will send notification of such filing to all counsel of record.

*/s/ **Laura Elizabeth Grubb***
Laura Elizabeth Grubb

35638978.1