IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO AND CASTRO & CO., LLC, § § § | | |
| Plaintiffs, § § | | |
| v. § | Civil Action No. 3:18-CV-0573-N | |
| § § | | |
| ROY ANDREW BERG, *et al.*, § § § | | |
| Defendants. § | | |

# FINAL JUDGMENT

By separate Order of this same date, the Court granted Defendants Roy Andrew Berg, Alexander Fairfax Marino, and Moodys Gartner Tax Law, LLP's Motion to Dismiss Plaintiffs' First Amended Complaint and Brief in Support [14]. It is, therefore, ordered that Plaintiffs' claims against Defendants are dismissed without prejudice for lack of personal jurisdiction. Court costs are taxed against Plaintiffs. This is a final judgment.

Signed March 5, 2019.

_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – PAGE 1